<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-1523**

———————

RUBEN LAROTA-FLOREZ; CARMEN ROSA CORDOVA-PENA,

Plaintiffs – Appellants,

v.

GOLDMAN SACHS MORTGAGE COMPANY, A New York Limited
Partnership; LITTON LOAN SERVICING, LP; MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS, INCORPORATED,

Defendants – Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Claude M. Hilton, Senior
District Judge. (1:09-cv-01181-CMH-IDD)

———————

Submitted: July 25, 2011          Decided: July 28, 2011

———————

Before WILKINSON, KEENAN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Christopher E. Brown, BROWN, BROWN & BROWN, P.C., Alexandria,
Virginia, for Appellants. Jason E. Manning, John C. Lynch,
TROUTMAN SANDERS, LLP, Virginia Beach, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ruben Larota-Florez and Carmen Rosa Cordova-Pena appeal the district court's order granting Defendants' summary judgment motion on their state law claims for declaratory judgment and quiet title. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. See Larota-Florez v. Goldman Sachs Mortg. Co., No. 1:09-cv-01181-CMH-IDD (E.D. Va. filed Apr. 8, 2010; entered Apr. 9, 2010); see also Horvath v. Bank of N.Y., N.A., 641 F.3d 617 (4th Cir. 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED